# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT |||
|---|---|---|
| **CASE TITLE** <br> Abbott Laboratories et al v. Adelphia Supply USA et al | **DISTRICT** <br> Eastern District of New York | **DOCKET NUMBER** <br> 1:15-cv-05826-CBA-MDG |
| | **JUDGE** <br> Hon. Carol B. Amon | **APPELLANT** <br> H&H Wholesale, Services Inc., Howard Goldman and Lori Goldman |
| | **COURT REPORTER** <br> Victoria A. Torres Butler | **COUNSEL FOR APPELLANT** <br> Fox Rothschild LLP |

| Check the applicable provision: | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.) |
|---|---|
| ☐ I am ordering a transcript. <br> ☑ I am not ordering a transcript <br><br> **Reason for not ordering a transcript:** <br> ☑ Copy is already available <br> ☐ No transcribed proceedings <br> ☐ Other (Specify in the space below): | November 4, 2015, Civil Cause for Preliminary Injunction Hearing. <br><br> November 5, 2015, Civil Cause for Preliminary Injunction Hearing. <br><br> **METHOD OF PAYMENT** ☑ Funds  ☐ CJA Voucher (CJA 21) |
| **INSTRUCTIONS TO COURT REPORTER:** <br> ☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS <br> ☐ PREPARE TRANSCRIPT OF TRIAL <br> ☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS <br> ☐ OTHER (Specify in the space below): | **DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE) <br><br> Transcripts have already been delivered to Fox Rothschild LLP. |

**I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript.** See **FRAP 10(b).** I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE <br> /s/ Daniel A. Schnapp | DATE <br> December 8, 2015 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTED** | | **DATE** |